442 F.2d 1036
 72-1 USTC P 9198
 Don Leon HUTSON and Billie Taylor, Plaintiffs-Appellees,
v.
UNITED STATES of America, Defendant-Appellant.
No. 31071 Summary Calendar.*
*Rule 18, 5 Cir.; See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431
F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 May 26, 1971.
 
 Roby Hadden, U.S. Atty., Tyler, Tex., Eugene G. Sayre, Atty., Tax Div., Dept. of Justice, Fort Worth, Tex., Johnnie M. Walters, Asst. Atty. Gen., Meyer Rothwacks, Atty., Tax Div., U.S. Dept. of Justice, K. Martin Worthy, Chief Counsel, Bennet N. Hollander, Wm. Terry Bray, Attys., Tax Div., Dept. of Justice, Washington, D.C. of counsel, for appellant.
 Jack N. Price, Lynn S. Patton, Longview, Tex., Price, Fisher, Hill & Patton, Longview, Tex., for appellees.
 Appeal from the United States District Court for the Eastern District of Texas; Badwin, Judge.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966